PAM BASSEL STANDING CHAPTER 13 TRUSTEE
Bar No.01344800
7001 Blvd 26, Ste 150
North Richland Hills, TX 76180
Phone: (817) 916-4710

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | |
|---|---|
| IN RE: | CASE NO.: 21-42104-ELM-13 |
| NATALIE ALANA<br>  AKA: NATALIE ALANA RENFRO<br>  3400 SUMMERS DR S<br>  APT 184<br>  FORT WORTH, TX 76137<br>  SSN/TIN: XXX-XX-2963 | |
| **DEBTOR** | HEARING: MAY 12, 2022 AT 8:30 AM |

**TRUSTEE'S RECOMMENDATION CONCERNING CLAIMS AND**
**PLAN MODIFICATION (IF REQUIRED)**

NO HEARING WILL BE CONDUCTED UNLESS A WRITTEN RESPONSE IS FILED WITH THE UNITED STATES BANKRUPTCY CLERK AT ELDON B. MAHON U.S. COURTHOUSE 501 W. 10TH ST., RM. 147 FORT WORTH, TX 76102-3643 BEFORE CLOSE OF BUSINESS 30 DAYS FROM THE DATE OF SERVICE. ANY RESPONSE SHALL BE FILED WITH THE CLERK AND SERVED ON THE TRUSTEE. IF A RESPONSE IS TIMELY FILED, A HEARING MAY BE HELD WITH NOTICE ONLY TO THE RESPONDING PARTY. IF NO RESPONSE IS TIMELY FILED, THE PLEADING SHALL BE DEEMED UNOPPOSED, AND THE COURT MAY ENTER AN ORDER GRANTING THE RELIEF.

If an opposed response is timely filed and remains unresolved, this matter will be called at the docket call on the date and time above in Room 204 at Eldon B. Mahon U.S. Courthouse 501 W. 10th St., Fort Worth, TX 76102 -3643 with a hearing following docket call.

Respectfully submitted,

By: /s/ Ethan S. Cartwright
Ethan S. Cartwright, Staff Attorney
Bar No. 24068273
PAM BASSEL STANDING CHAPTER 13 TRUSTEE
Bar No. 01344800
7001 Blvd 26, Ste 150
North Richland Hills, TX 76180
(817) 916-4710 Phone

## CERTIFICATE OF SERVICE

      I certify that a true and correct copy of the Notice of Hearing and Trustee's Recommendation Concerning Claims and Plan Modification if Required was served on or before the date of filing. Service was accomplished electronically on Debtor's attorney and all parties entitled to electronic notice and by first class mail on the Debtor and the parties listed below, if any.

By:   /s/ Ethan S. Cartwright
       Ethan S. Cartwright

DEBTOR:   Natalie Alana, 3400 Summers Dr S, Apt 184, Fort Worth, TX 76137
ATTORNEY:   MARK B FRENCH, 1901 CENTRAL DR STE 704, BEDFORD, TX 76021
CREDITORS:
AMERICAN INFOSOURCE LP, 4515 N SANTA FE AVE, OKLAHOMA CITY, OK 73118-0000
Amex, Correspondence Bankruptcy, PO Box 981540, El Paso, TX 79998
BECKET & LEE, PO BOX 3001, MALVERN, PA 19355-0000
BRACKETT AND ELLIS, 100 MAIN STREET, FORT WORTH, TX 76102
Capital One, Attn Bankruptcy, PO Box 30285, Salt Lake City, UT 84130
CAPITAL ONE BANK USA NA, BY AMERICAN INFOSOURCE LP AS AGENT, PO BOX 71083, CHARLOTTE, NC 28272
CHASE, PO BOX 15298, WILMINGTON, DE 19850
CHASE BANK USA NA C/O JP MORGAN CHASE BANK, PO BOX 15368, WILMINGTON, DE 19850-0000
CHEX SYSTEMS INC, ATTN CONSUMER RELATIONS, 7805 HUDSON ROAD STE 100, WOODBURY, MN 55125
Discover Financial, Attn Bankruptcy, PO Box 3025, New Albany, OH 43054
Exeter Finance LLC, Attn Bankruptcy, PO Box 166008, Irving, TX 75016
EXETER FINANCE LLC, PO BOX 650693, DALLAS, TX 75265-0000
EXETER FINANCE LLC DEPT, AIS PORTFOLIO SERVICES LP, 4515 N SANTA FE AVE DEPT APS, OKLAHOMA CITY, OK 73118-0000
INTERNAL REVENUE SERVICE, PO BOX 7317, PHILADELPHIA, PA 19101
INTERNAL REVENUE SERVICE, PO BOX 7346, PHILADELPHIA, PA 19101
IRS SBSE INSOLVENCY AREA 10, 1100 COMMERCE STREET, MC 5026 DAL, DALLAS, TX 75242
JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE, LA 71203
LINEBARGER GOGGAN BLAIR AND SAMPSON, 2777 N STEMMONS FWY STE 1000, DALLAS, TX 75207-0000
MS DONNA K WEBB AUSA, BURNETT PLAZA SUITE 1700, 801 CHERRY STREET UNIT 4, FORT WORTH, TX 76102
Pay Pal, 2211 N First St, San Jose, CA 95131
PERDUE BRACKETT FLORES UTT & BURNS, JV, C/O PBFC&M, LLP, 500 E BORDER ST STE 640, ARLINGTON, TX 76010-0000
PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK, VA 23541
PRA RECEIVABLES MGMT, LLC, PO BOX 12914, NORFOLK, VA 23541-0000
ROBERTSON, ANSCHUTZ & SCHNEID PL, 6409 CONGRESS AVE STE 100, BOCA RATON, FL 33487-0000
SYNCHRONY BANK, C/O PRA RECEIVABLES MANAGEMENT LLC, PO BOX 41021, NORFOLK, VA 23541-0000
SYNCHRONY BANK, PO BOX 965060, ORLANDO, FL 32896-0000
TARRANT COUNTY TAX COLLECTOR, DELINQUENT TAX DEPARTMENT, 2777 N STEMMONS FREEWAY STE 1000, DALLAS, TX 75207-000
TAX DIVISION, US DEPARTMENT OF JUSTICE, 717 N HARWOOD, SUITE 400, DALLAS, TX 75201
Time Payment, 200 Summit Drive, Suite 100, Burlington, MA 01803
UNITED STATES ATTORNEY, 1100 COMMERCE ST 3RD FLOOR, DALLAS, TX 75242
US DEPT OF JUSTICE, 950 PENNSYLVANIA AVE NW, WASHINGTON, DC 20530
WESTERN STATION APARTMENTS, , 00000-0000***

***Address on record invalid for recipient -- no document mailed to this party.

**PAM BASSEL STANDING CHAPTER 13 TRUSTEE**
Bar No.01344800
7001 Blvd 26, Ste 150
North Richland Hills, TX 76180
Phone: (817) 916-4710

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

IN RE:                                                                                                        CASE NO.: 21-42104-ELM-13

**NATALIE ALANA**
    AKA: NATALIE ALANA RENFRO
    3400 SUMMERS DR S
    APT 184
    FORT WORTH, TX 76137
    SSN/TIN: XXX-XX-2963

**DEBTOR**                                                                                                                             **HEARING: MAY 12, 2022 AT 8:30 AM**

### TRUSTEE'S RECOMMENDATION CONCERNING CLAIMS AND
### PLAN MODIFICATION (IF REQUIRED)

NO HEARING WILL BE CONDUCTED UNLESS A WRITTEN RESPONSE IS FILED WITH THE UNITED STATES BANKRUPTCY CLERK AT ELDON B. MAHON U.S. COURTHOUSE 501 W. 10TH ST., RM. 147 FORT WORTH, TX 76102-3643 BEFORE CLOSE OF BUSINESS 30 DAYS FROM THE DATE OF SERVICE. ANY RESPONSE SHALL BE FILED WITH THE CLERK AND SERVED ON THE TRUSTEE. IF A RESPONSE IS TIMELY FILED, A HEARING MAY BE HELD WITH NOTICE ONLY TO THE RESPONDING PARTY. IF NO RESPONSE IS TIMELY FILED, THE PLEADING SHALL BE DEEMED UNOPPOSED, AND THE COURT MAY ENTER AN ORDER GRANTING THE RELIEF.

### RELIEF REQUESTED

The Trustee files the following Recommendation Concerning Claims and Plan Modification (If Required) and would show the Court the following:

I.

### TRUSTEE'S RECOMMENDATION CONCERNING CLAIMS NOT FILED

The following creditors were scheduled by the Debtor. No Proof of Claim has been filed by them or on their behalf as required by Bankruptcy Rule 3002(a). The bar date for filing claims pursuant to Bankruptcy Rule 3002(c) has passed. **Therefore, these creditors will not receive disbursements from the Trustee :**

| T'EE # | CREDITOR'S NAME | SCHED CLASS | SCHED AMOUNT |
|---|---|---|---|
| 12 | INTERNAL REVENUE SERVICE | UNSECURED | $0.00 |
| 8 | SYNCHRONY BANK | UNSECURED | $1,691.00 |
| 9 | TIME PAYMENT | UNSECURED | $1,600.00 |

II.

## TRUSTEE'S RECOMMENDATIONS CONCERNING FILED CLAIMS

UNLESS AN OBJECTION IS TIMELY FILED AS TO THE AMOUNT OR CLASSIFICATION OF ANY CLAIM LISTED BELOW, THAT CLAIM WILL BE PAID AS DESCRIBED HEREIN AND SUCH AMOUNT AND CLASSIFICATION WILL BE FINAL AND BINDING ON ALL PARTIES WITHOUT FURTHER ORDER OF THE COURT. ALL ALLOWED SECURED CLAIMS WHICH WERE UNTIMELY FILED WILL BE PAID AS IF TIMELY FILED, PURSUANT TO THE ORDER OF PAYMENT STATED IN THE CHAPTER 13 PLAN, UNLESS THE COURT ORDERS OTHERWISE FOLLOWING A TIMELY OBJECTION TO THIS TRCC. (NOTE: Value of collateral, treatment under the Plan and interest rate were determined at Confirmation.  "Interest Rate" and "Treatment" are shown

| CLAIM# | SECURED CREDITORS | COLLATERAL | CLAIM | INTEREST RATE | TREATMENT |
|---|---|---|---|---|---|
| 2 | EXETER FINANCE LLC | 2018 NISSAN ROGUE SPORT | $16,445.59 | | DIRECT-DR |

| CLAIM# | PRIORITY | | CLAIM | | TREATMENT |
|---|---|---|---|---|---|
| 4 | INTERNAL REVENUE SERVICE | | $973.08 | | PRO RATA-TR |

| CLAIM# | UNSECURED | | CLAIM | COMMENT | |
|---|---|---|---|---|---|
| 6 | BECKET & LEE | | $1,205.55 | AMEX | |
| 3 | CAPITAL ONE BANK USA NA | | $5,794.50 | CREDIT CARD | |
| 5 | CHASE BANK USA NA C/O JP MORGAN ( | | $7,295.04 | CREDIT CARD | |
| 1 | DISCOVER FINANCIAL | | $6,415.86 | CREDIT CARD | |
| 8 | PRA RECEIVABLES MGMT, LLC | | $4,954.96 | WALMART | |
| 7 | PRA RECEIVABLES MGMT, LLC | | $3,514.54 | LOWES/SYNCHRONY BANK | |
| 4 | INTERNAL REVENUE SERVICE | | $510.23 | PENALTY | |

| T'EE # | EXECUTORY CONTRACTS | COMMENT | CLAIM | TREATMENT |
|---|---|---|---|---|
| 10 | WESTERN STATION APARTMENTS | CONTRACT ASSUMED | $0.00 | DIRECT-DR |

III.

## PLAN MODIFICATION

### Modification Details

The following changes will be made to <u>Debtor Payments</u>, <u>Plan Base</u> and/or <u>Plan Term</u> for the reason(s) specified below:

NONE

### Reason(s) for Modification:

Provide for the IRS priority claim.

                                    Respectfully submitted,

By:   /s/ Ethan S. Cartwright
Ethan S. Cartwright, Staff Attorney
Bar No. 24068273
PAM BASSEL STANDING CHAPTER 13 TRUSTEE
Bar No. 01344800
7001 Blvd 26, Ste 150
North Richland Hills, TX 76180

Dated: April 1, 2022                             (817) 916-4710 Phone