PAM BASSEL STANDING CHAPTER 13 TRUSTEE
Bar No.01344800
860 Airport Freeway, Ste 150
Hurst, TX 76054
Phone: (817) 916-4710

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| IN RE: | CASE NO.:  21-42104-ELM-13 |

    **NATALIE ALANA**
      AKA: NATALIE ALANA RENFRO
      3400 SUMMERS DR S
      APT 184
      FORT WORTH, TX 76137
      SSN/TIN: XXX-XX-2963

**DEBTOR**                                                                                     **HEARING: FEBRUARY  1, 2024 AT 8:30 AM**

**TRUSTEE'S  MODIFICATION OF CHAPTER 13 PLAN AFTER CONFIRMATION**

NO HEARING WILL BE CONDUCTED UNLESS A WRITTEN RESPONSE IS FILED WITH THE UNITED STATES BANKRUPTCY CLERK AT ELDON B. MAHON U.S. COURTHOUSE 501 W. 10TH ST., RM. 147 FORT WORTH, TX 76102-3643 BEFORE CLOSE OF BUSINESS 21 DAYS FROM THE DATE OF SERVICE. ANY RESPONSE SHALL BE FILED WITH THE CLERK AND SERVED ON THE TRUSTEE. IF A RESPONSE IS TIMELY FILED, A HEARING MAY BE HELD WITH NOTICE ONLY TO THE RESPONDING PARTY. IF NO RESPONSE IS TIMELY FILED, THE PLEADING SHALL BE DEEMED UNOPPOSED, AND THE COURT MAY ENTER AN ORDER GRANTING THE RELIEF.

TO THE HONORABLE U.S. BANKRUPTCY JUDGE:

    NOW COMES Pam Bassel Standing Chapter 13 Trustee and files this Trustee's Modification of Chapter 13 Plan after Confirmation under 11 U.S.C. Section 1329. The Trustee would respectfully show the Court:

1. This Modification is to apply compensation of $1,380.28 from Affinion  less Trustee's fees and administrative expenses to the Plan Base.  Any delinquency will be cured.

2. There are no changes to the Unsecured Creditors' Pool, Plan Base, or Plan Payments. The Plan Term may be adjusted accordingly.

3. All other provisions as set forth in the last confirmed plan remain the same.

                                                  Respectfully submitted,

                         By:    /s/ Ethan S. Cartwright
                                  Ethan S. Cartwright, Staff Attorney
                                  Bar No. 24068273
                                  PAM BASSEL STANDING CHAPTER 13 TRUSTEE
                                  Bar No. 01344800
                                  860 Airport Freeway, Ste 150
                                  Hurst, TX 76054
                                  (817) 916-4710 Phone

**NOTICE OF HEARING**

If an opposed response is timely filed and remains unresolved, this matter will be called at the docket call on the date and time above in Room, 204 at Eldon B. Mahon U.S. Courthouse 501 W. 10th St., Fort Worth, TX 76102-3643 with a hearing following docket call.

**Attend by WebEx Video:**

Link: https://us−courts.webex.com/meet/morris

**Attend by WebEx Telephone:**

Dial In: 1.650.479.3207
Meeting ID: 473 581 124

By:   /s/ Ethan S. Cartwright
Ethan S. Cartwright

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing was served on or before the date of filing. Service was accomplished electronically on Debtor's attorney and all parties entitled to electronic notice and by first class mail on the Debtor and parties listed below, if any.

By:   /s/ Ethan S. Cartwright
Ethan S. Cartwright

Natalie Alana
3400 Summers Dr S
Apt 184
Fort Worth, TX  76137