

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

The following constitutes the ruling of the court and has the force and effect therein described.

Signed January 9, 2024

_____
United States Bankruptcy Judge
_____

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

IN RE:                                                                                                                        CASE NO.: 21-42104-ELM-13

**NATALIE ALANA**
    AKA: NATALIE ALANA RENFRO
    3400 SUMMERS DR S
    APT 184
    FORT WORTH, TX 76137
    SSN/TIN: XXX-XX-2963

**DEBTOR**

### ORDER APPROVING MODIFIED PLAN AFTER CONFIRMATION DATED DECEMBER 15, 2023

    There came on for consideration the Modification of Chapter 13 Plan after Confirmation filed December 15, 2023. The Court FINDS that notice was and is appropriate under the circumstances. The Court is of the opinion that the Modification of the Chapter 13 Plan after Confirmation should be APPROVED based on:

    The Parties' failure to file a timely response.

    IT IS THEREFORE ORDERED that the Modified Plan filed December 15, 2023, be and the same is hereby APPROVED and the Plan's base shall be entirely disbursed to creditors in amounts not less than the Plan Modification's provisions in accordance with the order of payment subject to the following conditions, if any:

    All other changes proposed in the plan modification remain the same.

# # # END OF ORDER # # #