PAM BASSEL STANDING CHAPTER 13 TRUSTEE
Bar No.01344800
860 Airport Freeway, Ste 150
Hurst, TX 76054
Phone: (817) 916-4710

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF TEXAS
# FORT WORTH DIVISION

IN RE:  CASE NO.:21-42104-ELM-13

    NATALIE ALANA
        AKA: NATALIE ALANA RENFRO
        3400 SUMMERS DR S
        APT 184
        FORT WORTH, TX 76137
        SSN/TIN: XXX-XX-2963

**DEBTOR**

## NOTICE OF COMPLETION OF CHAPTER 13 PLAN PAYMENTS TO TRUSTEE

Debtor has completed payments to Trustee under the Chapter 13 Plan. If eligible for a chapter 13 discharge, Debtor must file a Certificate and Motion for Entry of Discharge within twenty-one (21) days.

Trustee is not aware of any facts that make Debtor ineligible for a chapter 13 discharge.

Respectfully submitted,

By: /s/ Ethan S. Cartwright
Ethan S. Cartwright, Staff Attorney
Bar No. 24068273
PAM BASSEL STANDING CHAPTER 13 TRUSTEE
Bar No. 01344800
860 Airport Freeway, Ste 150
Hurst, TX 76054
(817) 916-4710 Phone

**CERTIFICATE OF SERVICE**

 I certify that a true and correct copy of the foregoing was served on or before the date of filing. Service was accomplished electronically on Debtor's attorney and all parties entitled to electronic notice and by first class mail on the Debtor and the parties listed below, if any.

                By: /s/ Ethan S. Cartwright
                  Ethan S. Cartwright

NATALIE ALANA
3400 SUMMERS DR S
APT 184
FORT WORTH, TX 76137