UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| IN RE:<br><br>NATALIE ALANA | CASE NO: 21-42104-elm<br><br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br><br>Chapter: 13<br>ECF Docket Reference No. 36 |

On 3/13/2026, I did cause a copy of the following documents, described below,

Debtor's Certification and Motion for Entry of Chapter 13 Discharge ECF Docket Reference No. 36

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 3/13/2026

/s/ Clayton L. Everett
Clayton L. Everett

Norred Law, PLLC
515 E. Border Street
Arlington, TX 76010
817-704-3984
angela@norredlaw.com

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| IN RE:<br><br>NATALIE ALANA | CASE NO: 21-42104-elm<br><br>**CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br><br>Chapter: 13<br>ECF Docket Reference No. 36 |

On 3/13/2026, a copy of the following documents, described below,

Debtor's Certification and Motion for Entry of Chapter 13 Discharge ECF Docket Reference No. 36

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 3/13/2026

*Victoria Blake*

Victoria Blake
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Clayton L. Everett
Norred Law, PLLC
515 E. Border Street
Arlington, TX  76010

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

CASE INFO

| | | |
|---|---|---|
| LABEL MATRIX FOR LOCAL NOTICING<br>NCRS ADDRESS DOWNLOAD<br>CASE 21-42104-ELM<br>NORTHERN DISTRICT OF TEXAS<br>FRI MAR 13 8-5-38 PST 2026 | EXETER FINANCE LLC  CO AIS PORTFOLIO SERVICE<br>4515 N SANTA FE AVE DEPT APS<br>OKLAHOMA CITY  OK 73118-7901 | 501 W TENTH STREET<br>FORT WORTH  TX 76102-3637 |
| AMERICAN EXPRESS NATIONAL BANK<br>CO BECKET AND LEE LLP<br>PO BOX 3001<br>MALVERN  PA 19355-0701 | AMEX<br>CORRESPONDENCEBANKRUPTCY<br>PO BOX 981540<br>EL PASO  TX 79998-1540 | ATTN EXETER FINANCE LLC DEPARTMENT<br>AIS PORTFOLIO SERVICES  LP<br>4515 N SANTA FE AVE DEPT APS<br>OKLAHOMA CITY  OK 73118-7901 |
| BRACKETT  ELLIS<br>100 MAIN STREET<br>FORT WORTH  TX 76102-3008 | CHEX SYSTEMS INC<br>ATTN  CONSUMER RELATIONS<br>7805 HUDSON ROAD  STE 100<br>WOODBURY  MN 55125-1595 | CAPITAL ONE<br>ATTN BANKRUPTCY<br>PO BOX 30285<br>SALT LAKE CITY  UT 84130-0285 |
| CAPITAL ONE BANK (USA)  NA<br>BY AMERICAN INFOSOURCE AS AGENT<br>PO BOX 71083<br>CHARLOTTE  NC  28272-1083 | CHASE CARD SERVICES<br>ATTN BANKRUPTCY<br>PO BOX 15298<br>WILMINGTON  DE 19850-5298 | DISCOVER BANK<br>DISCOVER PRODUCTS INC<br>PO BOX 3025<br>NEW ALBANY  OH  43054-3025 |
| DISCOVER FINANCIAL<br>ATTN BANKRUPTCY<br>PO BOX 3025<br>NEW ALBANY  OH 43054-3025 | EXETER FINANCE LLC<br>AIS PORTFOLIO SERVICES  LP<br>4515 N SANTA FE AVE DEPT APS<br>OKLAHOMA CITY  OK 73118-7901 | (P)EXETER FINANCE  LLC<br>NANNETTE ALAMILLA<br>2101 W JOHN CARPENTER FWY<br>IRVING TX 75063-3228 |
| ~~EXCLUDE~~<br>~~(D)(P)EXETER FINANCE  LLC~~<br>~~NANNETTE ALAMILLA~~<br>~~2101 W JOHN CARPENTER FWY~~<br>~~IRVING TX 75063-3228~~ | INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>P O BOX 7346<br>PHILADELPHIA  PA  19101-7346 | IRSSBSE INSOLVENCY AREA 10<br>1100 COMMERCE STREET<br>MC 5026 DAL<br>DALLAS  TX 75242-1001 |
| JPMORGAN CHASE BANK  NA<br>SBMT CHASE BANK USA  NA<br>CO ROBERTSON  ANSCHUTZ  SCHNEID  PL<br>6409 CONGRESS AVENUE  SUITE 100<br>BOCA RATON  FL 33487-2853 | LINEBARGER GOGGAN BLAIR SAMPSON ET AL<br>100 THROCKMORTON<br>SUITE 300<br>FORT WORTH  TX 76102-2833 | LINEBARGER HEARD ET AL<br>2777 N STEMMONS FREEWAY<br>SUITE 1000<br>DALLAS  TX 75207-2328 |
| MS DONNA K WEBB  AUSA<br>BURNETT PLAZA  SUITE 1700<br>801 CHERRY STREET  UNIT 4<br>FORT WORTH  TX 76102-6803 | MARK B FRENCH<br>1901 CENTRAL DRIVE<br>SUITE 704<br>BEDFORD  TX 76021-5857 | PERDUE BRANDON FIELDER LLC<br>500 E BORDER STREET  STE 640<br>SUITE 300<br>ARLINGTON  TX  76010-7457 |
| PRA RECEIVABLES MANAGEMENT  LLC<br>PO BOX 41021<br>NORFOLK  VA 23541-1021 | PAY PAL<br>2211 N FIRST ST<br>SAN JOSE  CA 95131-2021 | (P)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 |

~~EXCLUDE~~

~~(D)(P)PORTFOLIO RECOVERY ASSOCIATES LLC~~
~~PO BOX 41067~~
~~NORFOLK VA 23541-1067~~

~~EXCLUDE~~

~~(D)(P)PORTFOLIO RECOVERY ASSOCIATES LLC~~
~~PO BOX 41067~~
~~NORFOLK VA 23541-1067~~

SYNCHRONY BANKLOWES
ATTN BANKRUPTCY
PO BOX 965060
ORLANDO FL 32896-5060


TAX DIVISION
US DEPARTMENT OF JUSTICE
717 N HARWOOD
SUITE 400
DALLAS TX 75201-6598

TIME PAYMENT
200 SUMMIT DRIVE
SUITE 100
BURLINGTON MA 01803-5274

UNITED STATES ATTORNEY
NORTHERN DISTRICT OF TEXAS
1100 COMMERCE STREET
ROOM 300
DALLAS TX 75242-1074


~~EXCLUDE~~

UNITED STATES ATTORNEY GENERAL
DEPARTMENT OF JUSTICE
RM B103
950 PENNSYLVANIA AVE NW
WASHINGTON DC 20530-0001

UNITED STATES TRUSTEE
1100 COMMERCE STREET
ROOM 976
DALLAS TX 75242-0996

~~(D)UNITED STATES TRUSTEE~~
~~1100 COMMERCE STREET~~
~~ROOM 976~~
~~DALLAS TX 75242-0996~~


DEBTOR

CLAYTON EVERETT
515 E BORDER ST
STE 163
76010
ARLINGTON TX 76010-7402

NATALIE ALANA
3400 SUMMERS DRIVE SOUTH
APT 184
FORT WORTH TX 76137-6547

PAM BASSEL
OFFICE OF THE STANDING CH13 TRUSTEE
860 AIRPORT FREEWAY
SUITE 150
HURST TX 76054-3256