United States Bankruptcy Court

Northern District of Texas

In re:

Natalie  Alana
        Debtor

Case No. 21-42104-elm

Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0539-4 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Apr 09, 2026 | Form ID: pdf013 | Total Noticed: 33 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 11, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Natalie Alana, 3400 Summers Drive South, Apt 184, Fort Worth, TX 76137-6547 |
| 19503506 | + | BRACKETT & ELLIS, 100 MAIN STREET, FORT WORTH TX 76102-3008 |
| 19503517 | + | MS DONNA K. WEBB - AUSA, BURNETT PLAZA, SUITE 1700, 801 CHERRY STREET, UNIT 4, FORT WORTH TX 76102-6803 |
| 19503516 | + | Mark B. French, 1901 Central Drive, Suite 704, Bedford, TX 76021-5857 |
| 19503519 | | PERDUE BRANDON FIELDER LLC, 500 E. BORDER STREET, STE. 640, SUITE 300, ARLINGTON TX 76010-7457 |
| 19503524 | + | UNITED STATES ATTORNEY, NORTHERN DISTRICT OF TEXAS, 1100 COMMERCE STREET, ROOM 300, DALLAS TX 75242-1074 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Apr 09 2026 21:55:22 | Exeter Finance LLC, CO AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 19525610 | | Email/PDF: bncnotices@becket-lee.com | Apr 09 2026 21:55:35 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 19503505 | + | Email/PDF: bncnotices@becket-lee.com | Apr 09 2026 21:55:22 | Amex, Correspondence-Bankruptcy, PO Box 981540, El Paso, TX 79998-1540 |
| 19505561 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Apr 09 2026 21:55:35 | Attn: Exeter Finance LLC Department, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 19503509 | + | Email/Text: bankruptcy.notifications@fisglobal.com | Apr 09 2026 21:44:00 | CHEX SYSTEMS INC, ATTN: CONSUMER RELATIONS, 7805 HUDSON ROAD STE 100, WOODBURY MN 55125-1595 |
| 19503507 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 09 2026 21:55:34 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 19511432 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 09 2026 21:55:34 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 19503508 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Apr 09 2026 21:55:21 | Chase Card Services, Attn: Bankruptcy, PO Box 15298, Wilmington, DE 19850-5298 |
| 19506049 | | Email/Text: mrdiscen@discover.com | Apr 09 2026 21:43:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 19503510 | + | Email/Text: mrdiscen@discover.com | Apr 09 2026 21:43:00 | Discover Financial, Attn: Bankruptcy, PO Box 3025, New Albany, OH 43054-3025 |
| 19503511 | | Email/Text: exeter@ebn.phinsolutions.com | Apr 09 2026 21:44:00 | Exeter Finance LLC, Attn: Bankruptcy, PO Box 166008, Irving, TX 75016 |
| 19509246 | | Email/Text: exeter@ebn.phinsolutions.com | | |

District/off: 0539-4                    User: admin                                Page 2 of 3

Date Rcvd: Apr 09, 2026                 Form ID: pdf013                            Total Noticed: 33

| Recip ID | Bypass | Email/Address | Timestamp | Name and Address |
|---|---|---|---|---|
| | | | Apr 09 2026 21:44:00 | Exeter Finance LLC, PO Box 650693, Dallas, TX 75265 |
| 19505022 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Apr 09 2026 21:55:22 | Exeter Finance LLC, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 19503512 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Apr 09 2026 21:44:00 | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, P O BOX 7346, PHILADELPHIA PA 19101-7346 |
| 19524151 | + | Email/Text: RASEBN@raslg.com | Apr 09 2026 21:43:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 19503514 | + | Email/Text: dallas.bankruptcy@LGBS.com | Apr 09 2026 21:44:00 | LINEBARGER GOGGAN BLAIR SAMPSON ET AL, 100 THROCKMORTON, SUITE 300, FORT WORTH TX 76102-2833 |
| 19503515 | + | Email/Text: dallas.bankruptcy@LGBS.com | Apr 09 2026 21:44:00 | LINEBARGER HEARD ET AL, 2777 N. STEMMONS FREEWAY, SUITE 1000, DALLAS TX 75207-2328 |
| 19503520 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 09 2026 21:55:29 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 19539789 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 09 2026 21:55:22 | Portfolio Recovery Associates, LLC, c/o Lowes, POB 41067, Norfolk VA 23541 |
| 19540967 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 09 2026 21:55:22 | Portfolio Recovery Associates, LLC, c/o Wal-mart, POB 41067, Norfolk VA 23541 |
| 19503745 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 09 2026 21:55:35 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 19503518 | + | Email/Text: recovery@paypal.com | Apr 09 2026 21:43:00 | Pay Pal, 2211 N. First St., San Jose, CA 95131-2021 |
| 19503521 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 09 2026 21:55:21 | Synchrony Bank-Lowes, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 19503522 | + | Email/Text: TAX-CTS-Southwestern.BankruptcyMail@usdoj.gov | Apr 09 2026 21:43:00 | TAX DIVISION, US DEPARTMENT OF JUSTICE, 717 N HARWOOD, SUITE 400, DALLAS TX 75201-6598 |
| 19503523 | + | Email/Text: BCN@timepayment.com | Apr 09 2026 21:44:00 | Time Payment, 200 Summit Drive, Suite 100, Burlington, MA 01803-5274 |
| 19503525 | ^ | MEBN | Apr 09 2026 21:39:52 | UNITED STATES ATTORNEY GENERAL, DEPARTMENT OF JUSTICE, RM B103, 950 PENNSYLVANIA AVE, NW, WASHINGTON DC 20530-0001 |
| 19503526 | + | Email/Text: ustpregion06.da.ecf@usdoj.gov | Apr 09 2026 21:44:00 | UNITED STATES TRUSTEE, 1100 COMMERCE STREET, ROOM 976, DALLAS TX 75242-0996 |

TOTAL: 27

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 19503513 | *+ | IRS-SBSE INSOLVENCY AREA 10, 1100 COMMERCE STREET, MC 5026 DAL, DALLAS TX 75242-1001 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities

District/off: 0539-4                          User: admin                                    Page 3 of 3

Date Rcvd: Apr 09, 2026                       Form ID: pdf013                          Total Noticed: 33

**in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 11, 2026                        Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 9, 2026 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Clayton Everett | on behalf of Debtor Natalie Alana clayton@norredlaw.com<br>clayton.norredlaw.com@recap.email;warren@norredlaw.com;anorred@norredlaw.com;angela@norredlaw.com;norredbk@gmail.com;norredlawpllc@jubileebk.net;kailey@norredlaw.com |
| Pam Bassel | fwch13cmecf@fwch13.com |
| United States Trustee | ustpregion06.da.ecf@usdoj.gov |

TOTAL: 3





CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed April 8, 2026**

**United States Bankruptcy Judge**

---

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

**IN RE:**                                                                 **CASE NO.: 21-42104-ELM-13**

    **NATALIE ALANA**
        AKA: NATALIE ALANA RENFRO
        3400 SUMMERS DR S
        APT 184
        FORT WORTH, TX 76137
        SSN/TIN: XXX-XX-2963
**DEBTOR**

### ORDER OF DISCHARGE

    CAME ON for consideration Debtor's Certification and Motion for Entry of Chapter 13 Discharge.  The Court is of the opinion that the Motion should be GRANTED.

    IT IS THEREFORE ORDERED that a discharge under 11 U.S.C. §1328(a) is GRANTED to:

    **NATALIE ALANA**
        AKA: NATALIE ALANA RENFRO
        DBA: NATALIE ALANA SALON LLC
        3400 SUMMERS DR S
        APT 184
        FORT WORTH, TX 76137
        SSN/TIN: XXX-XX-2963.

### END OF ORDER ###

### EXPLANATION OF BANKRUPTCY DISCHARGE IN A CHAPTER 13 CASE

This order does not close or dismiss the case.

### CREDITORS CANNOT COLLECT DISCHARGED DEBTS

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors' damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

### MOST DEBTS ARE DISCHARGED

Most debts are covered by the discharge, but not all.  Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

### SOME DEBTS ARE NOT DISCHARGED

Examples of debts that are not discharged are:
- debts that are domestic support obligations;
- debts for most student loans;
- debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)(C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;
- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;
- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;
- some debts which the debtors did not properly list;
- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;
- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;
- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and
- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**