Clayton L. Everett | State Bar No. 24065212
NORRED LAW, PLLC | 515 E. Border Street | Arlington, Texas 76010
Telephone: (817) 704-3984 | clayton@norredlaw.com
Attorney for Debtor

# United States Bankruptcy Court
## Northern District of Texas
## Fort Worth Division

.

| | |
|---|---|
| In re:<br>Natalie Alana,<br><br>Debtor. | Case No. 21-42104-elm13<br><br>Chapter 13 |

### NOTICE OF CHANGE OF ADDRESS

PLEASE TAKE NOTICE that the undersigned hereby notifies the Court, Trustee, and

all interested parties of the following change of address for Debtor, Natalie Alana:

**Old Address:**
3400 Summers Dr. S, Apt. 184
Fort Worth, TX 76137

**New Address:**
5001 State Hwy 114, Apt. 1126
Northlake, TX 76262

Effective immediately, please update your records accordingly. All future correspondence,

notices, and documents should be sent to the new address provided above.

DATED: April 28, 2026.

Respectfully submitted,

Norred Law, PLLC
By: /s/ Clayton L. Everett
Clayton L. Everett
Texas State Bar No. 24065212
clayton@norredlaw.com
515 E. Border Street
Arlington, Texas 76010
Telephone: (817) 704-3984
Counsel for Debtor

## **<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on April 28, 2026, a true and correct copy of this Notice was served via ECF notification to all parties receiving electronic notice in this case.

<u>/s/ Clayton L. Everett</u>
Clayton L. Everett