United States Bankruptcy Court

Northern District of Texas

| In re: | Case No. 21-42104-elm |
|---|---|
| Natalie Alana | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

District/off: 0539-4   User: admin   Page 1 of 3

Date Rcvd: Jun 03, 2026   Form ID: pdf013   Total Noticed: 33

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 05, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Natalie Alana, 5001 State Hwy 114, Apt 1126, Northlake, TX 76262-2247 |
| 19503506 | + | BRACKETT & ELLIS, 100 MAIN STREET, FORT WORTH TX 76102-3008 |
| 19503517 | + | MS DONNA K. WEBB - AUSA, BURNETT PLAZA, SUITE 1700, 801 CHERRY STREET, UNIT 4, FORT WORTH TX 76102-6803 |
| 19503516 | + | Mark B. French, 1901 Central Drive, Suite 704, Bedford, TX 76021-5857 |
| 19503519 | | PERDUE BRANDON FIELDER LLC, 500 E. BORDER STREET, STE. 640, SUITE 300, ARLINGTON TX 76010-7457 |
| 19503524 | + | UNITED STATES ATTORNEY, NORTHERN DISTRICT OF TEXAS, 1100 COMMERCE STREET, ROOM 300, DALLAS TX 75242-1074 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jun 04 2026 00:36:18 | Exeter Finance LLC, CO AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 19525610 | | Email/PDF: bncnotices@becket-lee.com | Jun 04 2026 00:36:15 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 19503505 | + | Email/PDF: bncnotices@becket-lee.com | Jun 04 2026 00:35:47 | Amex, Correspondence-Bankruptcy, PO Box 981540, El Paso, TX 79998-1540 |
| 19505561 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jun 04 2026 00:36:02 | Attn: Exeter Finance LLC Department, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 19503509 | + | Email/Text: bankruptcy.notifications@fisglobal.com | Jun 04 2026 00:34:00 | CHEX SYSTEMS INC, ATTN: CONSUMER RELATIONS, 7805 HUDSON ROAD STE 100, WOODBURY MN 55125-1595 |
| 19503507 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 04 2026 00:35:46 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 19511432 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 04 2026 00:35:46 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 19503508 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Jun 04 2026 00:36:00 | Chase Card Services, Attn: Bankruptcy, PO Box 15298, Wilmington, DE 19850-5298 |
| 19506049 | | Email/Text: mrdiscen@discover.com | Jun 04 2026 00:33:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 19503510 | + | Email/Text: mrdiscen@discover.com | Jun 04 2026 00:33:00 | Discover Financial, Attn: Bankruptcy, PO Box 3025, New Albany, OH 43054-3025 |
| 19503511 | | Email/Text: exeter@ebn.phinsolutions.com | Jun 04 2026 00:34:00 | Exeter Finance LLC, Attn: Bankruptcy, PO Box 166008, Irving, TX 75016 |
| 19509246 | | Email/Text: exeter@ebn.phinsolutions.com | Jun 04 2026 00:34:00 | Exeter Finance LLC, PO Box 650693, Dallas, TX 75265 |

District/off: 0539-4 | User: admin | Page 2 of 3
Date Rcvd: Jun 03, 2026 | Form ID: pdf013 | Total Noticed: 33

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 19505022 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jun 04 2026 00:36:02 | Exeter Finance LLC, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 19503512 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jun 04 2026 00:33:00 | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, P O BOX 7346, PHILADELPHIA PA 19101-7346 |
| 19524151 | + | Email/Text: RASEBN@raslg.com | Jun 04 2026 00:33:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 19503514 | + | Email/Text: dallas.bankruptcy@LGBS.com | Jun 04 2026 00:34:00 | LINEBARGER GOGGAN BLAIR SAMPSON ET AL, 100 THROCKMORTON, SUITE 300, FORT WORTH TX 76102-2833 |
| 19503515 | + | Email/Text: dallas.bankruptcy@LGBS.com | Jun 04 2026 00:34:00 | LINEBARGER HEARD ET AL, 2777 N. STEMMONS FREEWAY, SUITE 1000, DALLAS TX 75207-2328 |
| 19503520 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 04 2026 00:36:19 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 19539789 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 04 2026 00:36:19 | Portfolio Recovery Associates, LLC, c/o Lowes, POB 41067, Norfolk VA 23541 |
| 19540967 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 04 2026 00:36:19 | Portfolio Recovery Associates, LLC, c/o Wal-mart, POB 41067, Norfolk VA 23541 |
| 19503745 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 04 2026 00:35:47 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 19503518 | + | Email/Text: recovery@paypal.com | Jun 04 2026 00:33:00 | Pay Pal, 2211 N. First St., San Jose, CA 95131-2021 |
| 19503521 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 04 2026 00:36:15 | Synchrony Bank-Lowes, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 19503522 | + | Email/Text: TAX-CTS-Southwestern.BankruptcyMail@usdoj.gov | Jun 04 2026 00:33:00 | TAX DIVISION, US DEPARTMENT OF JUSTICE, 717 N HARWOOD, SUITE 400, DALLAS TX 75201-6598 |
| 19503523 | + | Email/Text: BCN@timepayment.com | Jun 04 2026 00:34:00 | Time Payment, 200 Summit Drive, Suite 100, Burlington, MA 01803-5274 |
| 19503525 | ^ | MEBN | Jun 04 2026 00:22:08 | UNITED STATES ATTORNEY GENERAL, DEPARTMENT OF JUSTICE, RM B103, 950 PENNSYLVANIA AVE, NW, WASHINGTON DC 20530-0001 |
| 19503526 | + | Email/Text: ustpregion06.da.ecf@usdoj.gov | Jun 04 2026 00:34:00 | UNITED STATES TRUSTEE, 1100 COMMERCE STREET, ROOM 976, DALLAS TX 75242-0996 |

TOTAL: 27

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

**Recip ID**    **Bypass Reason**    **Name and Address**
19503513    *+    IRS-SBSE INSOLVENCY AREA 10, 1100 COMMERCE STREET, MC 5026 DAL, DALLAS TX 75242-1001

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and**

District/off: 0539-4 | User: admin | Page 3 of 3

Date Rcvd: Jun 03, 2026 | Form ID: pdf013 | Total Noticed: 33

**belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 05, 2026                Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 2, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Clayton Everett | on behalf of Debtor Natalie Alana clayton@norredlaw.com clayton.norredlaw.com@recap.email;warren@norredlaw.com;anorred@norredlaw.com;angela@norredlaw.com;norredbk@gmail.com;norredlawpllc@jubileebk.net;kailey@norredlaw.com |
| Pam Bassel | fwch13cmecf@fwch13.com |
| United States Trustee | ustpregion06.da.ecf@usdoj.gov |

TOTAL: 3

Pam Bassel
Chapter 13 Standing Trustee
860 Airport Freeway, Ste 150
Hurst, TX 76054
Telephone: (817) 916-4710

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

In Re:                                                              Case No: 21-42104-ELM

Natalie Alana

      Debtor

---

**NOTICE OF FILING OF FINAL REPORT AND ACCOUNT BY TRUSTEE**

---

Notice is hereby given pursuant to 11 U.S.C. § 350 and Bankruptcy Rule 5009 that Pam Bassel, Chapter 13 Trustee, has filed a Final Report and Account in the above styled and numbered case certifying that the estate has been fully administered.  The Final Report and Account is on file with the CLERK OF THE BANKRUPTCY COURT, 128 U.S. Courthouse, 10th and Lamar Street, Fort Worth, Texas  76102-3643 and is available for review.  A summary of the report is as follows:

| | |
|---|---|
| Net Receipts | $36,832.21 |
| Administrative Disbursements  * | $3,418.45 |
| Debtor Refund Disbursements | $188.07 |
| Secured Disbursements | $0.00 |
| Priority Disbursements | $3,723.08 |
| Unsecured Disbursements | $29,690.68 |

* Includes Attorney Fees, Notice Fees, Trustee Fees and Clerk 's Fees

| | |
|---|---|
| Total Disbursements | $37,020.28 |

Notice is further given that unless an objection is filed by the United States Trustee or a party in interest within 30 days of service of this notice, the Court may declare that the bankruptcy estate has been fully administered, and that the Trustee should be discharged and further liability on said Trustee 's bond with respect to this case can be terminated.

/s/ Pam Bassel
Standing Chapter 13 Trustee